DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
District of Puerto Rico

| | |
|---|---|
| Ismael Marrero Rolón, Anne Catesby Jones, Jorge Valdes Llauger, et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 15-1167 (JAG) |
| | ) |
| | ) Class Action Complaint |
| Autoridad de Energía Eléctrica a/k/a Puerto Rico Electric Power Authority, et al. | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Shell Trading (US) Company c/o CT Corp System

#361 San Francisco Street, Penthouse, Old San Juan, PR 00901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane A. Becker Whitaker, P.O. Box 9023914, San Juan, PR 00902

Tel. (787) 754-9191; Fax (787) 764-3101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 02/24/2015

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Shell Trading (US) Co.
was received by me on *(date)* 2/24/15 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* C.T. Corp Syst. CACAF FEDERICO, who is
designated by law to accept service of process on behalf of *(name of organization)* Shell Trading
(US) Co.  on *(date)* 2/24/15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/24/15

_____
Server's signature

PATRICK MARCINIAK
Printed name and title  SERVER

355 GALICEO
San Juan, PR
Server's address

Additional information regarding attempted service, etc: