IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ISMAEL MARRERO-ROLON, *et al.*,
   Plaintiffs,

v.

AUTORIDAD DE ENERGIA ELECTRICA, *et al.*,

   Defendants.

CIVIL NO. 15-1167(JAG)

## PARTIAL JUDGMENT

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiffs' Motion to Dismiss, Docket No. 92, Partial Judgment is hereby entered dismissing WITHOUT PREJUDICE Plaintiffs' claims against Defendants Puma Energy Caribe, LLC and Puma Energy International BV.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 24th day of April, 2015.

                                                    S/ Jay A. Garcia-Gregory
                                                    JAY A. GARCIA-GREGORY
                                                    United States District Judge