## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| ISMAEL MARRERO ROLÓN, ANNE CATESBY JONES, JORGE VALDES LLAUGER, PUERTO RICO BATHROOM REMODELING, INC., PERFORMANCE CHEMICALS COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUTORIDAD DE ENERGÍA ELÉCTRICA A/K/A PUERTO RICO ELECTRIC POWER AUTHORITY *et al*., <br><br> Defendants. | C.A. No. 3:15-cv-01167-JAG <br><br> **PLAINTIFFS' OPPOSITION TO ALCHEM'S MOTION SUBMITTING "EXHIBIT A" TO REPLY MOTION** |

Plaintiffs oppose Defendants Altol Chemical Environmental Laboratory, Inc. and Altol

Environmental Services, Inc.'s (collectively, "Alchem") Motion Submitting "Exhibit A" to

Reply Motion. In support thereof, Plaintiffs state as follows:

1.      After being notified in writing that Plaintiffs considered the filing of Exhibit A to

be a violation of Rule 408 of the Federal Rules of Evidence, as well as counsel's obligations

pursuant to Rules 3.4 (Fairness to Opposing Party and Counsel), 4.1 (Truthfulness in Statements

to Others), and 8.4 (Misconduct) of the American Bar Association's Model Rules of Professional

Conduct, Alchem's counsel blatantly filed Exhibit A publicly anyway.

2.      For the reasons identified in Plaintiffs' Motion to Strike Alchem's Reply and for

Sanctions ("Plaintiffs' Motion"),[1] Plaintiffs respectfully request that the Court: (1) deny

Alchem's Motion Submitting "Exhibit A" to Reply Motion; (2) either strike Exhibit A from the

---

[1] *See* Dkt. # 187 (Restricted).

010476-11  802652 V1

ECF system or restrict Exhibit A for viewing only by Plaintiffs and Alchem; and (3) order that

Exhibit A may not be used by any party to these proceedings.

     3.     Also as set forth in Plaintiffs' Motion, Plaintiffs request sanctions, pursuant to 28

U.S.C. § 1927, because the conduct of Alchem's counsel is continuing to unreasonably and

vexatiously multiply these proceedings.

     WHEREFORE, Plaintiffs respectfully request that the Court: (1) deny Alchem's Motion

Submitting "Exhibit A" to Reply Motion; (2) either strike Exhibit A from the ECF system or

restrict Exhibit A for viewing only by Plaintiffs and Alchem; and (3) order that Exhibit A may

not be used by any party to these proceedings.

DATED: August 21, 2015               Respectfully submitted,

                    ISMAEL MARRERO ROLÓN, ANNE
CATESBY JONES, JORGE VALDES
LLAUGER, PUERTO RICO BATHROOM
REMODELING, INC., PERFORMANCE
CHEMICALS COMPANY, INC.


                    By: */s/ Elizabeth A. Fegan*

                     Elizabeth A. Fegan (*pro hac vice*)
Thomas E. Ahlering (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL  60611
Telephone:  (708) 628-4949
Facsimile:  (708) 628-4950
E-mail:  beth@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
E-mail:  steve@hbsslaw.com

Jane A. Becker Whitaker
USDC NUMBER 205110
P.O. Box 9023914
San Juan, Puerto Rico 00902
Telephone: (787) 754-9191
Facsimile: (787) 764-3101
E-Mail: janebeckerwhitaker@gmail.com
        janebeckerwhitaker@yahoo.com

J. Barton Goplerud
Andrew Howie
HUDSON, MALLANEY, SHINDLER &
ANDERSON, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA  50265
Telephone:  (515) 223-4567
E-mail:  jbgoplerud@hudsonlaw.net

Daniel R. Karon
KARON LLC
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Direct: (216) 622-1851
Fax: (216) 241-8175
Cell: (216) 390-2594
E-mail: dkaron@karonllc.com

010476-11  802652 V1

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2015 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system as well as via electronic mail by Plaintiffs' counsel.


                                        */s/Elizabeth A. Fegan*

                                        Elizabeth A. Fegan

010476-11  802652 V1