# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARRERO-ROLON, et al.<br><br>     Plaintiffs,<br><br>     v.<br><br>AUTORIDAD DE ENERGIA ELECTRICA, et al.<br><br>     Defendants. | Civil No.  15-1167 (JAG) |

## ORDER

This matter was referred to the undersigned for all non-dispositive discovery motions. Docket No. 307. However, upon further inspection of the pleadings, this Magistrate Judge became aware that she was privy to information regarding the allegations in this case, particularly the 1999 Consent Decree, as amended in 2004. As Associate Regional Counsel for the Environmental Protection Agency, Region 2, the undersigned was involved in the negotiations of the Consent Decree. For that reason, it is only proper that this Magistrate Judge disqualify herself from any further proceedings in this case. See 28 U.S.C. §455(a).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27th day of June, 2016.

                                                s/ Silvia Carreño-Coll
                                                SILVIA CARREÑO-COLL
                                                UNITED STATES MAGISTRATE JUDGE