IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ISMAEL MARRERO-ROLON, *et al.*,<br><br> Plaintiffs,<br><br> v.<br><br>AUTORIDAD DE ENERGIA ELECTRICA DE P.R., *et al.*<br><br> Defendants, | CIVIL NO. 15-1167(JAG) |

PARTIAL JUDGMENT

Pursuant to the Court's Memorandum and Order entered on March 31, 2016, Docket No. 254, the Court hereby enters Judgment dismissing Plaintiffs' claims against Bureau Veritas Holding, Inc. WITHOUT PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 30th day of July, 2016.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT COURT JUDGE