IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ISMAEL MARRERO-ROLON, et al., <br><br> **Plaintiffs,** <br><br> v. <br><br> PUERTO RICO ELECTRIC POWER AUTHORITY, *et al.*, <br><br> **Defendants,** | CIVIL NO. 15-1167(JAG) |

## JUDGMENT STAYING CASE

Pursuant to this Court's Orders, Docket Nos. 551 and 624, Judgment is hereby entered **STAYING** the instant case pending the conclusion or lifting of the stay in PREPA's Title III proceedings, Case No. 17-bk-03283 (LTS). The stay SHALL NOT APPLY to the parties' compliance with the class notice requirements pursuant to Fed. R. Civ. P. 23(c)(2)(B) and the Court's Opinion and Order, Docket No. 623. This case will remain administratively closed and shall be reopened upon motion.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 30th day of September, 2018.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE
