IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ISMAEL MARRERO-ROLON, et al., **Plaintiffs,** v. PUERTO RICO ELECTRIC POWER AUTHORITY, *et al.*, **Defendants,** | CIVIL NO. 15-1167(JAG) |

AMENDED JUDGMENT STAYING CASE

Pursuant to this Court's Orders, Docket Nos. 551, 624, and 655, Judgment is hereby entered **STAYING** the instant case pending the conclusion or lifting of the stay in PREPA's Title III proceedings, Case No. 17-bk-03283 (LTS). This case will remain administratively closed and shall be reopened upon motion.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 13th day of May, 2019.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE